IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEVIN JEROME JONES, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Civil Case No. 3:20-CV-03756-X-BT |
| § | |
| L. BRYANT, et al., § | |
| § | |
| *Defendants.* § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 25th day of January, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1